IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNIFER E. McDOWELL,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-4756** |
| | : | |
| **DEPARTMENT OF HUMAN** | : | |
| **SERVICES**, *et al.*, | : | |
| Defendants. | : | |

# ORDER

AND NOW, this **9TH** day of **February, 2022**, upon consideration of Plaintiff Jennifer E. McDowell's Complaint (ECF No. 2), Amended Petition to Add Defendant Parties (ECF No 20), and Amended Petition for Review (ECF No. 21) it is **ORDERED** that:

1. McDowell's Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

2. Any pending requests to add Defendants are **DENIED**.

3. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**